UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| Knox, | |
|---|---|
| Plaintiff, | Civil Action No. 15-78 |
| v. | |
| Wetzel, *et al.*, | ORDER ADOPTING THE REPORT AND RECOMMENDATION |
| Defendants. | |

The Magistrate Judge issued a Report and Recommendation in this matter (Dkt. No. 72), recommending that this Court dismiss the only remaining Defendant in this case, Dr. Mark Baker, the former Medical Director at SCI-Albion because the relevant statute of limitations on Plaintiff's claim against Baker has expired. After reviewing the Report and Recommendation, the record, and all other materials before the Court, and no objection being filed, it is hereby ordered that:

(1) The Report and Recommendation is ADOPTED;

(2) Defendant Baker is HEREBY DISMISSED from this case;

(3) The case shall be closed; and

(4) The Clerk of the Court shall send copies of this Order to Plaintiff.

**IT IS SO ORDERED.**

DATED this 27th day of September 2017.

*Barbara J. Rothstein*
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE